# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-05-174-GF-BMM-02 |
| Plaintiff, | |
| vs. | **ORDER** |
| BROOKE MARIE BIBLER, | |
| Defendant. | |

Defendant has moved for an early termination of her supervised release. (Doc. 211.) The Government opposes the motion. The Court conducted a hearing on the motion on June 26, 2018.

Defendant pleaded guilty to Conspiracy to Distribute Methamphetamine on February 7, 2006. (Doc. 59.) The Court sentenced the Defendant to 80 months of custody followed by five years of supervised release on June 5, 2006. (Doc. 135.) This Court revoked Defendant's supervised release on June 11, 2014. She was sentenced to 5 months of custody followed by 46 months of supervised release. (Doc. 196.) Defendant began her current term of supervised release on November 4, 2014.

The record reflects that the Defendant initially struggled to comply with her supervision conditions. (Doc. 212 at 2.) The Defendant's supervising probation officer advises that she is currently compliant with her conditions of supervision.

*Id*. She has been treated by a counselor and has been released from further counseling. *Id.* The Defendant intends to relocate and has employment opportunities in Washington. She does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 211) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 26th day of June, 2018.

Brian Morris
United States District Court Judge